**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE BEXTRA AND CELEBREX                No. MDL 05-01699 CRB
     MARKETING, SALES PRACTICES AND
12   PRODUCT LIABILITY LITIGATION,            **ORDER OF DISMISSAL**

13   _____/

14   *This document relates to:*

15   Zedith Lillard and
     Don Lillard,          05-5430 CRB
16   Dale Casey and
     Janice Casey          05-5354 CRB
17   Ira Carter and
     Woford Carter         05-5441 CRB
18   Gayle Williams-Rhinehart
     and Suzette Coleman    05-5350 CRB
19                          06-0340 CRB
     Glossie Love and
20   Huey Love             06-0151 CRB

21   Estate of Helen M. Shelton 06-0221 CRB
     Angela M. Swedeen and
22   Dana Swedeen          06-0175CRB
     Joyce Croft           06-0222 CRB
23   Alanda Creer          06-0233 CRB
     Sheraldine Joseph,    06-0241 CRB
24   Sharon Thompson       06-0288 CRB
                           06-0283 CRB
25   Franklin Dean Elders  06-0287 CRB
                           06-0245 CRB
26    Joyce M. Hayes,      06-0385 CRB
                           06-0224 CRB
27

28

**United States District Court**

For the Northern District of California

1        The Court ordered the plaintiffs identified in the caption to show cause why this

2   action should not be dismissed for a failure to prosecute.  As of this date, the date of the

3   hearing on the show cause order, no plaintiff has responded to the Court's order and no

4   plaintiff appeared at the show cause hearing.  Accordingly, the actions identified in the above

5   caption are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

6        **IT IS SO ORDERED.**

7

8   Dated: October 6, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE